

Tuesday, March 1, 2011

No. 10–0461/NA. U.S. v. Joseph A. Sweeney. CCA 200900468. On consideration of Appellant's motion to reschedule oral argument, it is ordered that said motion is hereby granted, that the portion of the Order issued February 23, 2011, setting the above-mentioned case for oral argument is hereby vacated, and that oral argument for the above-mentioned case is set for May 17, 2011. This hearing will commence immediately following the hearing in *United States v. Martinez*. Each side will be allotted 20 minutes to present oral argument.